RECEIVED
IN LAFAYETTE, LA.

JUN 1 2 2013

TONY R. MOORE, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
|---|---|---|
|  | * | 8 U.S.C. § 1253(a)(1)(C) |
| VERSUS | * |  |
|  | * | 1:13-CR-00170-01 |
|  |  | JUDGE DRELL |
| INNOCENT SAFARI NZAMBEREKA | * | MAGISTRATE JUDGE KIRK |

## INDICTMENT

THE FEDERAL GRAND JURY CHARGES:

### COUNT 1

### FAILURE TO DEPART
### 8 U.S.C. § 1253(a)(1)(C)

On or about the 12th day of March, 2013, in the Western District of Louisiana, the defendant, INNOCENT SAFARI NZAMBEREKA, an alien having an outstanding Order of Removal pending against him, did knowingly and willfully connive and conspire, or took any other action, designed to prevent or hamper or with the purpose of preventing or hampering the alien's departure from the United States, more specifically, the defendant refused to sign a visa application necessary for him to travel in transit to the Republic of Rwanda, this action thus hampering and preventing his removal from the United States, pursuant to said Order of Removal, all in violation of Title 8, United States Code, Section

1253(a)(1)(C). [8 U.S.C. § 1253(a)(1)(C)].

COUNT 2

FAILURE TO DEPART
8 U.S.C. § 1253(a)(1)(C)

On or about the 11th day of April, 2013, in the Western District of Louisiana, the defendant, INNOCENT SAFARI NZAMBEREKA, an alien having an outstanding Order of Removal pending against him, did knowingly and willfully connive and conspire, or took any other action, designed to prevent or hamper or with the purpose of preventing or hampering the alien's departure from the United States, more specifically, the defendant refused to sign a visa application necessary for him to travel in transit to the Republic of Rwanda, this action thus hampering and preventing his removal from the United States, pursuant to said Order of Removal, all in violation of Title 8, United States Code, Section 1253(a)(1)(C). [8 U.S.C. § 1253(a)(1)(C)].

A TRUE BILL:

**REDACTED**

STEPHANIE A. FINLEY
United States Attorney

HOWARD C. PARKER, ID: 800088
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette LA 70501-6832
Telephone: (337) 262-6618